IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

R. CASPER ADAMSON,
    Petitioner,

vs.                              Case No.:  3:08cv310/MCR/EMT

WALTER C. McNEIL,
    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 7, 2008 (Doc. 20).  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Petitioner's notice of voluntary dismissal (Doc. 18) is **GRANTED**.

3. This action is dismissed without prejudice.

**DONE AND ORDERED** this 31st day of October, 2008.


                    s/ *M. Casey Rodgers*
                    **M. CASEY RODGERS**
                    **UNITED STATES DISTRICT JUDGE**